IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TROY L. SOUTHWARD, | ) | 8:07CV237 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

Troy L. Southward has submitted a document which has been filed as a complaint naming Douglas County Correctional Center as a defendant. (Filing 1.) That document does not clearly identify the defendant or defendants, as it refers both to "Douglas County Correctional Center" and "all employee's [sic] that are employed at Douglas County Correctional Center Medical Department to named in suit." That document does not clearly indicate the nature of the claim or the relief sought. I will order Mr. Southward to submit an amended complaint which clearly identifies the defendant or defendants and clearly indicates the nature of the claim and the relief sought.

Mr. Southward has also submitted an "Application to Proceed Without Prepayment of Fees and Affidavit." (Filing 2.) I will deny that application, as it is not in proper form because there is an incomplete response to item 3(d). I will direct Mr. Southward to either pay the full filing fee or submit a new, properly completed application to proceed without prepayment of fees together with supporting affidavit.

I will also direct Mr. Southward to promptly notify the Clerk of the Court of any change in his address, by submitting a filing bearing the caption of this case and setting forth his new address.

Accordingly,

IT IS ORDERED:

1. On or before August 20, 2007, Mr. Southward shall submit an amended complaint which clearly identifies the defendant or defendants and clearly indicates the nature of the claim and the relief sought;

2. On or before August 20, 2007, Mr. Southward shall either pay the full filing fee or submit a new, properly completed, application to proceed without prepayment of fees together with supporting affidavit;

3. Mr. Southward shall promptly notify the Clerk of the Court of any change in his address, by submitting a filing bearing the caption of this case and setting forth his new address; and

4. This action will be dismissed without further notice in the event of noncompliance with this order.

July 19, 2007                                BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge